No. 13,767.

GRIFFIN ET AL. *v.* INDUSTRIAL COMMISSION ET AL.
(51 P. [2d] 1181)

Decided November 25, 1935.

Judgment affirmed en banc without written opinion.

Mr. CLARENCE L. BARTHOLIC, for plaintiffs in error.

Mr. PAUL P. PROSSER, Attorney General, Mr. M. S. GINSBERG, Assistant, Mr. HAROLD CLARK THOMPSON, for defendants in error.